83-CP-42-1843

GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent v.
George H. CARTER, Jr., Appellant.

(361 S. E. (2d) 620)

Court of Appeals

Oct. 21, 1987.

ORDER

Counsel in the above case have filed a joint Petition requesting this Court to vacate its opinion, based on the fact that the parties have settled the case contingent upon the vacation of the Opinion of the Court of Appeals.

Opinion No. 0777, filed by the Court of Appeals on August 18, 1986, *General Motors Acceptance Corporation v. George H. Carter, Jr.*, 290 S. C. 216, 349 S. E. (2d) 342, is hereby vacated.

And it is so ordered.

GARDNER, CURETON and GOOLSBY, JJ., concur.